# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Leah Strohman

                      Plaintiff,

v.                                           Case No.: 1:14–cv–01485

                                                  Honorable Geraldine Soat Brown

SPX Corporation

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 3, 2015:

      MINUTE entry before the Honorable Geraldine Soat Brown: The parties have filed a joint stipulation to dismiss with prejudice [41]. This case is dismissed with prejudice. Status hearing and motion hearing set for 04/07/15 at 9:45 a.m. are hereby stricken, and no one need appear. Terminate civil case. Notices mailed by Judicial Staff. (et, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.